IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 323-003 |
| | * | |
| GLADYS HARUN | * | |

ORDER

Presently before the Court is Defendant Gladys Harun's motion to reduce her sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines. Defendant, however, was sentenced under the 2023 United States Sentencing Guidelines Manual, which had incorporated the changes from Amendment 821. More particularly, this Defendant already received a two-level reduction to her offense level based upon her zero-point offender status. (Presentence Investigation Report, Doc. No. 28, ¶ 83 (citing U.S.S.G. § 4C1.1(a) and (b)).) For this reason, Defendant Harun's motion to reduce sentence is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE